170 A.3d 350

MID–MONMOUTH REALTY ASSOCIATES, A NEW JERSEY GENERAL PARTNERSHIP, PLAINTIFF–RESPONDENT, v. METALLURGICAL INDUSTRIES, INC., A NEW JERSEY CORPORATION, METALLURGICAL INTERNATIONAL, INC., A NEW JERSEY CORPORATION, BRIA COMMUNICATIONS CORPORATION, A NEW JERSEY CORPORATION, IRA L. FRIEDMAN, LAWRENCE FRIEDMAN, PHILADELPHIA MANUFACTURERS' MUTUAL INSURANCE COMPANY AFFILIATED F.M. INSURANCE COMPANY, CONSOLIDATED MUTUAL IN-

SURANCE COMPANY, FACTORY INSURANCE ASSOCIATION, INDUSTRIAL RISK INSURERS, AETNA CASUALTY & SURETY COMPANY, KEMPER INSURANCE, AND CNA INSURANCE, DEFENDANTS, AND GREATER NEW YORK INSURANCE GROUP, GREATER NEW YORK MUTUAL INSURANCE COMPANY, DEFENDANTS-PETITIONERS.

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000237–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.